UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DAWEL GOMEZ,<br><br>                              Plaintiff,<br><br>v.<br><br><br>EMILIO GONZALEZ #3965, San Diego Sheriff; COUNTY OF SAN DIEGO; SAN DIEGO COUNTY SHERIFFS DEPARTMENT; JOSE DE LA TORRE; and DOES 1–10, inclusive,<br><br>                              Defendants. | Case No.:  3:23-cv-02026-WQH-DDL<br><br>**ORDER** |

HAYES, Judge:

The matter before the Court is the Report and Recommendation for Order Granting in Part and Denying in Part Defendant De La Torre's Motion to Dismiss ("Report and Recommendation") issued by Magistrate Judge David D. Leshner. (ECF No. 99.)

On June 6, 2025, Plaintiff Christopher Dawel Gomez ("Plaintiff") filed a First Amended Complaint ("FAC") against Defendants Emilio Gonzalez, Jose De La Torre ("De La Torre"), County of San Diego, San Diego County Sheriff's Department, and Does 1–

1

3:23-cv-02026-WQH-DDL

10. (ECF No. 49.) Plaintiff asserts federal constitutional and state tort claims relating to his treatment by Sheriff's deputies during his booking at the San Diego Central Jail. *Id.*

On November 7, 2025, Defendant De La Torre filed a Motion to Dismiss Plaintiff's FAC ("Motion to Dismiss"). (ECF No. 88.) On December 15, 2025, Plaintiff filed a Response in Opposition to Defendant De La Torre's Motion to Dismiss. (ECF No. 92.) On January 5, 2026, Defendant De La Torre filed a Reply. (ECF No. 95.)

On January 29, 2026, Judge Leshner issued a Report and Recommendation recommending that this Court grant the Motion to Dismiss without prejudice as to Plaintiff's state law claims and deny the Motion to Dismiss in all other respects. (ECF No. 99.) Judge Leshner ordered that any objection to the Report and Recommendation must be filed by February 5, 2026. *Id.* at 14.

The docket reflects that no party has filed an objection to the Report and Recommendation.

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a report and recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 99) is adopted in its entirety. Defendant De La Torre's Motion to Dismiss (ECF No. 88) is granted

3:23-cv-02026-WQH-DDL

as to Plaintiff's negligence and battery claims and denied in all other respects. All dismissals are without prejudice and with leave to amend.

IT IS FURTHER ORDERED that Plaintiff may file an amended complaint within thirty (30) days of the filing of this Order. If no amended complaint is filed within thirty (30) days, Defendant De La Torre shall file an answer to the FAC within forty-five (45) days of the filing of this Order.

Dated:  May 11, 2026

William Q. Hayes
Hon. William Q. Hayes
United States District Court

3:23-cv-02026-WQH-DDL